DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| 439P13 | Calvin and Sandra Latimer v. Internal Revenue Service | 1. Plt's *Pro Se* Motion for Complaint of Unauthorized Collection<br><br>2. Plt's *Pro Se* Motion to Revisit Mandate and Evidence<br><br>3. Plt's *Pro Se* Motion for Sanctions on I.R.S. Collection While in Review | 1. Dismissed<br><br>2. Dismissed<br><br>3. Dismissed |
|---|---|---|---|
| 440P13 | State v. Bobby Lee Fisk, Jr. | 1. State's Motion for Temporary Stay (COA13-11)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **09/30/13**<br><br>2.<br><br>3. |
| 441P13 | State v. Jeroen M. Eve | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **10/08/2013** |
| 443P13 | State v. Anthony M. King | 1. Def's *Pro Se* Motion for NOA<br><br>2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed<br><br>3. Dismissed as Moot |
| 449P13 | State v. Gilbert Floyd Brown | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-77)<br><br>2. Def's Motion for Temporary Stay<br><br><br>3. Def's Petition for *Writ of Supersedeas*<br><br>4. State's Motion to Substitute Counsel | 1. Denied<br><br>2. Allowed **10/08/2013;** Dissolved the Stay **11/07/2013**<br><br>3. Denied<br><br>4. Allowed **10/17/2013** |